**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-2158**

_____

ERA L. CARTER, as Executor and Personal Representative of
the Estate of Floyd C. Carter, Jr., Deceased,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Mark S. Davis, District
Judge.  (4:13-cv-00112-MSD-TEM)

_____

Submitted:  April 29, 2015            Decided:  May 11, 2015

_____

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert T. Hall, Samantha Karyn Sledd, HALL & SETHI, PLC, Reston,
Virginia, for Appellant.   Dana J. Boente, United States
Attorney, Kent P. Porter, Virginia VanValkenburg, Assistant
United States Attorneys, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Era L. Carter appeals the district court's order entering judgment in favor of Appellee on Carter's claim for negligence under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Carter v. United States, No. 4:13-cv-112 (E.D. Va. Aug. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED